IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT GORDON | : | CIVIL ACTION |
| | : | NO. 20-0224 |
| v. | : | |
| | : | CRIMINAL ACTION |
| SCOTT FINLEY | : | NO. 09-441 |

ORDER

AND NOW, this 11th day of January, 2021, for the reasons set forth in the foregoing Memorandum, it is hereby ordered that:

(1) the Petition of Robert Gordon for a Writ of Habeas Corpus under 28 U.S.C. § 2241 is DENIED;

(2) the request of the Government and Gordon is GRANTED that the Court recommend to the Bureau of Prisons that it designate the facility where Gordon served his sentence for his convictions in Commonwealth v. Robert Gordon, Criminal Action No. CP-51-CR-0015884-2008 (Phila. Ct. Comm. Pl. Jan. 19, 2010) as the place where service of his federal sentence commenced;

(3) the Government shall advise the appropriate official of the Bureau of Prisons of the Court's recommendation and forward to the appropriate official of the Bureau of Prisons a copy of the Court's Memorandum and Order; and

-2-

(4) the Government shall place on the docket a statement that it has complied with this Order.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.